UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | Case No. 3:13–cv–05169–BHS |
|---|---|
| Plaintiff(s), | |
| v. | ORDER SETTING JURY TRIAL AND PRETRIAL DATES |
| $23,460.00 IN UNITED STATES CURRENCY, et al., | |
| Defendant(s). | |

## I. TRIAL, PRETRIAL, AND MEDIATION DATES

| | |
|---|---|
| TEN DAY JURY TRIAL set for 09:00 AM | July 20, 2015 |
| Deadline for the FILING of any motion to join parties | |
| Deadline for amending pleadings | |
| Disclosure of expert testimony under FRCP 26(a)(2) | |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | |
| All motions related to discovery must be FILED by | February 20, 2015 |
| Discovery COMPLETED by | March 23, 2015 |
| All dispositive motions must be FILED by | April 21, 2015 |
| Motions in limine should be FILED by the date in the right hand column. Pursuant to Local Rule CR 7(d)(4), all motions in limine SHALL be filed as ONE motion and SHALL be NOTED on the motions calendar no earlier than the third Friday after filing. Any response SHALL be filed no later than the Monday before the noting date. No reply papers shall be filed. | June 15, 2015 |
| Agreed pretrial order FILED with the Court by | June 29, 2015 |

| Pretrial conference will be HELD at 02:30 PM on (COUNSEL SHALL REPORT TO COURTROOM E) | July 13, 2015 |
|---|---|
| Trial briefs, proposed voir dire, and jury instructions due | June 29, 2015 |

If any of the dates identified in this order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on that day, per LCR 6. These are firm dates that can be changed only by order of the Court.

If this case is not settled, it will go to trial on the date set or as soon thereafter as the Court is available.

## II. FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the creation of proposed findings of fact and conclusions of law. On or before the deadline for filing proposed findings and conclusions the parties shall email their proposed findings and conclusions in Word format to settleorders@wawd.uscourts.gov.

## III. PRIVACY POLICY

Pursuant to LCR 5.2(a), parties are to redact the following information from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth

* Names of Minor Children – redact to the initials

* Social Security Numbers – redact to the last four digits

* Financial Accounting Information – redact to the last four digits

* Passport Numbers and Driver License Numbers – redact in their entirety

## IV. SETTLEMENT

If this case is settled, please advise the Court immediately at (253) 882–3850.

DATED: The 25th of July 2014.

_s/ Benjamin H. Settle_

Benjamin H. Settle
United States District Judge
